**So Ordered.**

**Dated: June 26th, 2019**  _Frederick P. Corbit_
Frederick P. Corbit
Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GINGER SPOKANE, INC.,<br><br>Debtor in Possession. | Case No. 19-00235-FPC11<br><br>**ORDER ON DEBTOR'S MOTION TO ASSUME LEASE** |

The Debtor in Possession having filed with the Court its Motion to Assume Lease [ECF 83], and the time for objections having expired, and no objections having been received or filed, now therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Debtor in Possession's Motion to Assume Lease is GRANTED.

/// END OF ORDER ///

**Presented by:**
WINSTON & CASHATT, LAWYERS

/s/ Timothy R. Fischer
_____
Timothy R. Fischer, WSBA No. 40075
Attorneys for Debtor in Possession

ORDER ON DEBTOR'S MOTION TO ASSUME LEASE - 1

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131